[No. 48711-6-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE K. MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50589-8, Michael J. Fox, J., entered June 13, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Becker, C.J., concurred in by Baker and Kennedy, JJ.

[No. 48822-8-I. Division One. August 19, 2002.]

JAMES A. HENRY, *Appellant*, v. ROBERT B. GOULD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-10438-1, Sharon S. Armstrong, J., entered June 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48861-9-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GINO DAVOLI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03031-7, Richard A. Jones, J., entered August 2, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48892-9-I. Division One. August 19, 2002.]

AMY DALE, *Appellant*, v. COORS BREWING COMPANY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-2-50276-1, Linda Lau, J., entered March 31, and June 18, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.